NANETTE GUDE BAYNE, Respondent, v. JASPER BAYNE, Appellant.— Order, made on reargument, denying defendant's motion to modify the judgment of divorce and to provide for a reduction of alimony, reversed on the law and the facts, without costs, and the motion granted to the extent of providing that the allowance to the respondent be reduced from $12,000 to $11,000 per year, and the allowance for the daughter of the parties be reduced from $6,000 to $5,000 per year, both payable in equal monthly installments. There has been a substantial reduction in the appellant's income since the time of the award fixed by the decree of divorce. This circumstance, together with the rise in income taxes, requires a readjustment of the awards. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur. Settle order on notice.

CARMINE F. CAROSELLA, Respondent, v. BARBA DRAGO, INC., Appellant, and FRED T. LEY & Co., INC., Defendant.— In an action for negligence the plaintiff has recovered judgment for injuries suffered by reason of a steel frame that was placed in a reclining position against a steel pillar in a building under construction, falling upon him. The steel frames were the property of the appellant and it was the duty of the appellant's employees to set the frames in place as the brick work in the building proceeded. While there is no direct evidence as to who placed the frame in the position from which it fell, there is evidence from which the jury could infer that it was placed there by the employees of the appellant. Judgment of the City Court of Mount Vernon unanimously affirmed, with costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

JULIUS CHRISTENSEN, Respondent, v. THE 14 EAST 23RD STREET EXCELLENT GOODY SHOP, INC., Appellant.— In an action for damages for personal injuries suffered by the plaintiff through the negligence of the defendant in opening cellar doors on the sidewalk without a warning, the plaintiff has recovered judgment after a trial before the court without a jury. The appeal is based solely upon the theory that the damages allowed are excessive. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.